UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIETO AUTOMOTIVE, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VOLVO CAR USA, LLC, et al.,<br><br>Defendants. | No. 1:21-cv-01085-NONE-EPG<br><br>ORDER GRANTING JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY BRIEF<br><br>(Doc. No. 18) |

This matter is before the Court on the joint stipulation by plaintiffs and defendant Volvo Car USA, LLC ("Volvo") to extend the deadline for defendant Volvo to file a reply brief in support of its motion to dismiss. (Doc. No. 18.)

Having read the parties' stipulation, and finding good cause for an extension, IT IS ORDERED that the deadline for defendant Volvo to file a reply brief in support of its motion to dismiss is extended from September 24, 2021 to October 4, 2021.

IT IS SO ORDERED.

Dated:  **September 24, 2021**            _Dale A. Drozd_
                                                              UNITED STATES DISTRICT JUDGE

1