UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIETO AUTOMOTIVE, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VOLVO CAR USA, LLC, et al.,<br><br>Defendants. | Case No. 1:21-cv-01085-DAD-EPG<br><br>ORDER APPROVING JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT, DIRECTING CLERK TO TERMINATE PENDING MOTIONS TO DISMISS AS MOOT<br><br>(ECF Nos. 11, 12, 26) |

This matter is before the Court on the parties' joint stipulation to permit Plaintiffs to file a first amended complaint. The parties explain that Plaintiffs wish to file a first amended complaint to "add[] a single claim for fraudulent concealment against Richard Aaron, who is not currently a party to this lawsuit," and that all parties have agreed that Plaintiffs be permitted to file a first amended complaint, which is attached to the stipulation. (ECF No. 26). Further, the parties stipulate that Defendants shall file responses to the first amended complaint as required by the Federal Rules of Civil Procedure and the Local Rules, and that Plaintiff shall serve the newly added Defendant Richard Aaron in accordance with the applicable Rules.

Under Federal Rule of Civil Procedure 15(a)(2), a party may amend its pleading with the opposing parties' written consent. Such consent having been obtained here, the Court will approve the parties' stipulation. Additionally, the Court notes that the pending motions to dismiss will be rendered moot with the filing of the first amended complaint, and will thus direct the

1

Clerk to terminate those motions as pending from the docket. (ECF Nos. 11, 12). *Fletcher v. Baca*, No. CV 07-4180 FMC(JC), 2009 WL 10711624, at *2 (C.D. Cal. Mar. 31, 2009), *report and recommendation adopted*, No. CV 07-4180 JHN(JC), 2010 WL 11646644 (C.D. Cal. Sept. 28, 2010) ("A motion to dismiss an original complaint which has been superseded by a first amended complaint is moot."). Lastly, the Court will direct the parties to contact the Court's courtroom deputy to set a scheduling conference. (*See* ECF No. 14).

Accordingly, IT IS ORDERED as follows:

1. The parties' joint stipulation to permit Plaintiffs to file a first amended complaint (ECF No. 26) is approved;
2. The Clerk is directed to file, as a separate entry on the docket, Plaintiffs' first amended complaint (ECF No. 26-1, pp. 2-42);
3. Defendants shall file a response to the first amended complaint as required by the applicable Rules;
4. Plaintiffs shall serve newly added Defendant Richard Aaron as required by the applicable Rules;
5. The Clerk is directed to terminate the pending motions to dismiss (ECF Nos. 11, 12) as moot; and
6. The parties are directed to contact Courtroom Deputy Michelle Rooney (mrooney@caed.uscourts.gov) no later than April 14, 2022, to set a new scheduling conference date.

IT IS SO ORDERED.

Dated:   **April 8, 2022**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

2