UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIETO AUTOMOTIVE, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>VOLVO CAR USA, LLC, et al.,<br><br>　　　　　Defendants. | Case No.   1:21-cv-01085-DAD-EPG<br><br>ORDER APPROVING JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>(ECF No. 31) |

　　　This matter is before the Court on the joint stipulation of Plaintiffs Prieto Automotive, Inc., Manuel Prieto, and Ramona Llamas, and Defendant Volvo Car USA, LLC, to extend the time for Defendant Volvo Car USA, LLC to file a response to the first amended complaint. (ECF No. 31). Specifically, the parties stipulate that Defendant Volvo Car USA, LLC shall be granted an extension from April 22, 2022 to May 6, 2022, to file a response.

　　　Pursuant to the parties' joint stipulation (ECF No. 31), IT IS ORDERED that Defendant Volvo Car USA, LLC shall have until May 6, 2022, to file a response to the first amended complaint.

IT IS SO ORDERED.

Dated:   **April 19, 2022**　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1