UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIETO AUTOMOTIVE, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>VOLVO CAR USA, LLC, et al.,<br><br>　　　　　Defendants. | Case No.   1:21-cv-01085-DAD-EPG<br><br>ORDER APPROVING JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>(ECF No. 34) |

    This matter is before the Court on the joint stipulation of Plaintiffs Prieto Automotive, Inc., Manuel Prieto, and Ramona Llamas, and Defendant Haron Motor Sales, Inc. to extend the time for Defendant Haron Motor Sales, Inc. to file a response to the first amended complaint. (ECF No. 34). Specifically, the parties stipulate that Defendant Haron Motor Sales, Inc. shall be granted an extension from April 22, 2022 to April 29, 2022, to file a response.

    Pursuant to the parties' joint stipulation (ECF No. 34), IT IS ORDERED that Defendant Haron Motor Sales, Inc. shall have until April 29, 2022, to file a response to the first amended complaint.

IT IS SO ORDERED.

Dated:   **April 21, 2022**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1