UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIETO AUTOMOTIVE, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VOLVO CAR USA, LLC, et al.,<br><br>Defendants. | Case No. 1:21-cv-01085-NODJ-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT RICHARD AARON ONLY<br><br>(ECF No. 73) |

On March 7, 2024, the parties filed a joint stipulation dismissing all claims against only Defendant Richard Aaron with prejudice and with each party to bear their own costs and attorney fees. (ECF No. 73). In light of the parties' stipulation, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), the case against only Defendant Richard Aaron has been dismissed with prejudice, with each party to bear their own costs and attorney fees. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate Richard Aaron as a pending defendant on the docket.

IT IS SO ORDERED.

Dated: **March 8, 2024**                       /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE

1