UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIETO AUTOMOTIVE, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VOLVO CAR USA, LLC,<br><br>Defendant. | Case No. 1:21-cv-01085-KES-EPG<br><br>ORDER REGARDING JOINT STATUS REPORT<br><br>(ECF No. 90) |

Plaintiffs initiated this civil rights action on July 12, 2021. (ECF No. 1). Since then, the Court has not scheduled the case in order to await rulings on various motions to dismiss. (ECF Nos. 14, 38). Moreover, following an informal discovery dispute conference, the Court stayed discovery as to Defendant Volvo Car USA, LLC. (ECF No. 54). This matter is now before the Court on the parties' joint status report, which the Court directed the parties to file to address whether this case should be scheduled in light of Defendant's most recently filed motion to dismiss. (ECF Nos. 81, 89, 90).

The parties agree that a scheduling conference should not be set until Defendant Volvo's pending motion to dismiss is decided and agree to confer again on matters covered by the conference required under Federal Rule of Civil Procedure 26(f). (ECF No. 90). However, the parties raise another issue—they dispute whether discovery should continue to be stayed, with Plaintiff wanting to commence discovery and Defendant Volvo wanting discovery to remain stayed.

1

In order to address this issue, the Court will direct the parties to contact Courtroom Deputy Felicia Navarro to set an informal discovery dispute conference.

Accordingly, IT IS ORDERED as follows:

1. The Court will not set a scheduling conference at this time.
2. Within ten days after the issuance of the ruling on the motion to dismiss, should the matter go forward, the parties are directed to contact Courtroom Deputy Felicia Navarro (fnavarro@caed.uscourts.gov) to secure a new scheduling conference date.
3. Within seven days from the date of this order, the parties shall contact Courtroom Deputy Felicia Navarro (fnavarro@caed.uscourts.gov) to schedule an informal discovery dispute regarding the issue of whether discovery should remain stayed.

IT IS SO ORDERED.

Dated: __September 3, 2024__          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

2